# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS ∆†
DAVID E. SIGMON †

\* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:

505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

November 8, 2010

**VIA ECF FILING**
Honorable Kathleen A. Tomlinson
United States District Court for
the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

RE: In the Matter of the Complaint of Rose Shoum,
as Owner of a 1985 Viking Yacht "MYSTERIOUS ROSE"
for Exoneration from and Limitation of Liability
United States District Court, Eastern District of New York
Index No.: 09 Civ. 4580 (Feuerstein, J.) (Tomlinson, M.J.)
Our File No.:         10000527 DRH/VW

Dear Magistrate Tomlinson:

This firm represents the plaintiff in limitation in the above-captioned case. Pursuant to the Court's Case Management and Scheduling Order the parties are appearing for a conference on November 9, 2010. We have contacted all attorneys in this action and we wish to report to the Court that discovery is proceeding on schedule and that there are currently no pending disputes requiring the Court's intervention. We therefore request that the scheduling conference be adjourned.

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By: David R. Hornig

DRH/mar

November 8, 2010
Page 2

cc:  **(VIA ECF FILING)**

alan.faber@sibensiben.com
Alan G. Faber, Esq.
Siben & Siben, LLP
90 East Main Street
Bayshore, New York 11709

cvassallo@hanover.com
Christopher C. Vassallo, Esq.
Huenke & Rodriguez
One Huntington Quadrangle, Suite 2S02
Melville, New York 11747-4412

X:\Public Word Files\1\527\HON. TOMLINSON. (ECF - LETTER) 11.8.10.mar.doc